UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X  Case No.: 21-CV-04043(RPK)(AKT)
GREGG WARNER,

                Plaintiff,

    -against-                               **STIPULATION**
                                                        **OF DISMISSAL**

E_M CUSTOM FLOORING INSTALLATIONS,
INC., RADIANT DRYWALL & INSULATION
CORP. a/k/a RADIANT INSULATION SYSTEMS,
and WAYNE KOGEL,

                Defendants.
---------------------------------------------------------------

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate and agree that this action and all claims asserted in this action shall be dismissed with prejudice, with all rights of appeal to be waived. Each party will bear its own attorney's fees and costs.

Dated: November 8, 2022

THE LAW OFFICE OF JON A. STOCKMAN

By: _____
    Jon A. Stockman, Esq.
*Attorney for Plaintiff*
11 Broadway, Suite 615
New York, NY 10004
516.541.6418
jstockman@yournycattorney.com

CERTILMAN BALIN ADLER & HYMAN, LLP

By: _____
    Douglas E. Rowe, Esq.
*Attorneys for Defendants*
90 Merrick Avenue, 9th Fl.
East Meadow, NY 11554
516.296.7000
drowe@certilmanbalin.com

**SO ORDERED**

_____

7856048.1